PER CURIAM.
 

 Applying any conceivable standard of review,
 
 see Ryder Sys., Inc. v. Davis,
 
 997 So.2d 1133 (Fla. 3d DCA 2008), there is nothing in the record to support any of the elements of the forum non conveniens doctrine,
 
 see Kinney Sys., Inc. v. Cont’l Ins. Co.,
 
 674 So.2d 86 (Fla.1996), let alone, as is required, all of them.
 
 See Telemundo Network Group, LLC v. Azteca Int’l Corp.,
 
 957 So.2d 705 (Fla. 3d DCA 2007). Therefore, the order dismissing the case on that basis is reversed.
 

 Reversed.